ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA HUFF, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO. 1-04-CV-0172 **TWT** |
| | ) |
| THE ESTATE OF HARLAN | ) |
| EUGENE HUFF, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Now comes THE ESTATE OF HARLAN EUGENE HUFF, defendant in the above-styled action, and hereby files its Certificate of Service of the following documents:

(1) Defendant's First Interrogatories to Plaintiff; and

(2) Defendant's First Request for Production of Documents to Plaintiff.

The undersigned counsel for defendant certifies that the above-described documents were served on:



Michael L. Neff, Esq.
The Law Offices of Michael Lawson Neff
Two Ravinia Drive
Suite 1570
Atlanta, GA 30346

by depositing copies of same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 4th day of May, 2004.

*[signature]*

Burke B. Johnson
Georgia Bar No. 392895
Michael P. Johnson
Georgia Bar No. 395055

Attorneys for Defendant

CARTER & ANSLEY LLP
Atlantic Center Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 - Telephone
(404) 658-9726 - Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing document on all interested parties in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

> Michael L. Neff, Esq.
> The Law Offices of Michael Lawson Neff
> Two Ravinia Drive
> Suite 1570
> Atlanta, GA 30346

This 4th day of May, 2004.

Michael P. Johnson