ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 07 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSHUA HUFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1-04-CV-0172TWT |
| | ) | |
| THE ESTATE OF HARLAN EUGENE HUFF, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Now comes THE ESTATE OF HARLAN EUGENE HUFF, and pursuant to Local Rule 5.4, defendant in the above-styled action, and hereby files its Certificate of Service of the following documents:

(1) Subpoena for the production of documents to Celtic Life Insurance Company;

(2) Subpoena for the production of documents to HEB Pantry Foods Pharmacy;

(3) Subpoena for the production of documents to Waco Open MRI;

(4) Subpoena for the production of documents to Central Texas Neurological Association;

