IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSHUA HUFF, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1-04-CV-0172 GGB |
| | ) | |
| THE ESTATE OF HARLAN EUGENE HUFF, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF ORIGINAL DISCOVERY

NOW COMES Defendant and files this Notice of Filing the following Original Discovery contemporaneously herewith:

(1)   Deposition transcript of Janie Jackson;

(2)   Deposition transcript of Misty Johnson; and

(3)   Deposition transcript of Rocky Moore.

This 12th day of January, 2006.

    /s/ Burke B. Johnson
Burke B. Johnson
Georgia Bar No. 392895
Michael P. Johnson
Georgia Bar No. 395055

CARTER & ANSLEY LLP
Suite 2300
Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, GA 30309
(404) 658-9220 (*Telephone*)
(404) 658-9726 (*Facsimile*)

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed the foregoing Notice of Filing Original Discovery with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Michael L. Neff, Esq.
>The Law Offices of Michael Lawson Neff
>Two Ravinia Drive
>Suite 1570
>Atlanta, GA 30346

This 12th of January, 2006.

>/s/ Burke B. Johnson
>Burke B. Johnson