ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 19 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA HUFF,

    Plaintiff,

v.

PATRICIA FAYE HUFF, Executrix on Behalf of the Estate of Harlan Eugene Huff,

    Defendant.

CIVIL ACTION FILE

NO. 1:04-CV-0172-TWT-GGB

## VERDICT FORM

SECTION I: DAMAGES

State the total amount of damages that you have awarded plaintiff: $ 300,000.00.

State the amount of damages included in the above amount that are attributable to medical expenses incurred by plaintiff: $ 38,846.19.

SECTION II: VERIFICATION

When you have completed the verdict form, the Jury Foreperson must sign and date it.

_____    19 JAN 06
FOREPERSON                                              DATE

AO 72A
(Rev.8/82)